# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J. 1/17/2020

**VIA ELECTRONIC FILING (ECF)**
The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    Schwartzman and Trusgan, Inc. v. Label, LLC, et al.
             Docket No.: 15-cv-5793(VSB)

Dear Judge Broderick:

    I represent Label LLC, David Miller and Jeremy Miller ("the Label Defendants"). With the consent of counsel for Defendant ADP Inc. ("ADP"), I write to request that the conference scheduled for tomorrow, January 17, 2020, be adjourned *sine die*. I apologize that this request was not made earlier.

    On December 18, 2020, Magistrate Judge Aaron granted the request of the counsel for Plaintiffs to withdraw from the action and stated that he would recommend that the case be dismissed if new counsel for Plaintiff Trusgan did not appear within 30 days. Plaintiff Schwartzman had already informed Plaintiffs' counsel that he would not prosecute the action.

    Since new counsel for Trusgan has not appeared, I assume that Magistrate Judge Aaron will soon recommend that the case be dismissed.

    Thank you for your attention to this matter.

                            Very truly yours,

                            /s

                            Jason L. Solotaroff